JOHN A. HARTFORD, Appellant, *v.* THE GREENWICH BANK OF THE CITY OF NEW YORK, Respondent.

*Hartford* v. *Greenwich Bank of New York City,* 157 App. Div. 448, affirmed.

(Argued May 10, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1913, affirming a judgment in favor of defendant entered upon a verdict directed by the court. The question at issue was whether or not the defendant was justified in charging five checks, aggregating $8,060.50, to the account of the depositor, which had been paid by the bank. The plaintiff contended that these checks were not paid to the person named as payee; the defendant contended that it paid the checks to the payee named therein and to the person whom the drawer intended the checks should be paid.

*Herbert Barry* for appellant.

*Jesse S. Epstein* for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.